UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IBERIABANK, a Louisiana state bank

    Plaintiff,

v.                                    Case No:   2:14-cv-307-FtM-29CM

RADNO, INC., PETER J. RADNO,
PETER RADNO, PNC BANK,
NATIONAL ASSOCIATION and
REGIONS BANK,

    Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Deadlines Set Pursuant to Case Management and Scheduling Order (Doc. 30) filed on March 13, 2015. Plaintiff requests a 120 day extension of all deadlines in the Case Management and Scheduling Order (Doc. 24) entered on August 11, 2014. Doc. 30 at 1.

This case was removed to this Court on June 3, 2014. Doc. 1. Subsequently, Defendant, Peter Radno, filed for Chapter 7 Bankruptcy on November 17, 2014 and an Order was issued to stay the case as to that Defendant only. Doc. 28 at 2. The bankruptcy was discharged on February 18, 2015 and the stay was lifted by the bankruptcy court. Doc. 30 at 2; Doc. 30-1. Plaintiff states, "[t]he pending bankruptcy caused a cessation of the prosecution of this claim, necessitating an enlargement of time to complete the various requirements under the Case Management and Scheduling Order." *Id.*

Rule 16, Federal Rules of Civil Procedure, provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Upon consideration of the Motion, the Court finds good cause to grant the requested 120 day extension of the deadlines.

The new scheduling deadlines will be as follows:

| | |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1) as amended effective December 1, 2000) | IMMEDIATELY |
| Certificate of Interested Persons and Corporate Disclosure Statement | IMMEDIATELY |
| Motion to Add Parties or to Amend Pleadings | July 27, 2015 |
| Disclosure of Expert Reports<br>        Plaintiff:<br>        Defendant: | <br>August 28, 2015<br>August 28, 2015 |
| Discovery Deadline | September 28, 2015 |
| Mediation | September 18, 2015 |
| Dispositive Motions, *Daubert* and *Markman* Motions | October 30, 2015 |
| Meeting *in Person* to prepare Joint Final Pretrial Statement | December 11, 2015 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, and Exhibit Lists on Approved Form) | January 4, 2016 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | February 1, 2016 |
| Final Pretrial Conference | March 21, 2016<br>9:00 AM |
| Trial Term Begins | April 4, 2016 |
| Estimated Length of Trial | 1 day |
| Jury/Non-Jury | Non-Jury |

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Extend Deadlines Set Pursuant to Case Management and Scheduling Order (Doc. 30) is **GRANTED** as set forth above. All other directives and deadlines set forth by the Court in the Case Management and Scheduling Order (Doc. 24) remain in effect.

2. The Clerk is directed to update the deadlines on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of March, 2015.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record